# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0336

VERSUS

JAVON BATISTE                                         **JULY 5, 2023**

---

In Re:    Javon Batiste, applying for supervisory writs, 18th
          Judicial District Court, Parish of Pointe Coupee, No.
          83125.

---

**BEFORE:   LANIER, HESTER, AND MILLER, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator sought supervisory review of the district court's ruling on the Motion for Discovery, however, relator failed to include the district court's ruling, the State's response, if any, pertinent district court minutes, the bill of information, the commitment order, and any other portion of the district court's record that might support the claims raised in the writ application. Therefore, this court cannot adequately review the ruling at issue herein. Supplementation of this writ application and/or an application for rehearing will not be considered. <u>See</u> Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                          **WIL**
                          **CHH**
                          **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT